# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00167-CR

### Jeffery Scott Bateman, Appellant

### v.

### The State of Texas, Appellee

### FROM THE CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY
### NO. 0787618D, HONORABLE DONALD LEONARD, JUDGE PRESIDING

Appellant's motion to dismiss this appeal is granted. *See* Tex. R. App. P. 42.2(a).
The appeal is dismissed.

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: April 11, 2002

Do Not Publish